1  THOMAS M. MCINERNEY, SBN 162055
   tmm@ogletree.com
2  LISA M. BOWMAN, SBN 307146
   lisa.bowman@ogletree.com
3  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
4  One Market Plaza
   San Francisco, CA  94105
5  Telephone:  415.442.4810
   Facsimile:  415.442.4870
6
   Attorneys for Defendant VITALANT
7  erroneously sued herein as
   Blood Centers of the Pacific and Blood Systems
8

9              **UNITED STATES DISTRICT COURT**

10             **NORTHERN DISTRICT OF CALIFORNIA**

11

12 | RUBY DANIELSSON, individually, and on behalf of other members of the general public similarly situated; | Case No.: 3:19-cv-04592-JCS |
   |---|---|
   | Plaintiffs, | **[PROPOSED] ORDER REGARDING STIPULATION REGARDING DEFENDANT VITALANT'S AFFIRMATIVE DEFENSES AND PRAYER FOR RELIEF** |
   | vs. | |
   | BLOOD CENTERS OF THE PACIFIC, a California corporation; BLOOD SYSTEMS; an unknown business entity, | |
   | Defendants. | |

Case No. 3:19-cv-04592-JCS

Based upon the foregoing stipulation and good cause appearing, IT IS HEREBY ORDERED that:

The Court permits Defendant to file a supplemental pleading with respect to the amended Affirmative Defenses and Prayer for Relief without the necessity of filing an entirely new answer by September 27, 2019.  Plaintiff's Motion to Strike Portions of Defendant's Answer is off calendar.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: September 25, 2019

_____
Hon. Joseph C. Spero
United States Magistrate Judge