**Ogletree Deakins**

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

*Attorneys at Law*

Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
Telephone: 415-442-4810
Facsimile: 415-442-4870
www.ogletree.com

Lisa M. Bowman
415-369-3555
lisa.bowman@ogletree.com

December 16, 2019

Honorable Joseph C. Spero
Chief Magistrate Judge
United States District Court Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

   RE:    Ruby Danielsson v. Blood Centers Of The Pacific | Case No 3:19-cv-04592-JCS

Dear Judge Spero:

This firm represents Defendant Vitalant erroneously sued herein as Blood Centers of the Pacific and Blood Systems ("Defendant") in the above-referenced matter. I write to respectfully request that counsel for Defendant be permitted to appear telephonically for the Initial Case Management Conference and Plaintiff's Motion for Remand scheduled for December 20, 2019 at 9:30 a.m. I have conferred with Plaintiff's counsel about the possibility of appearing telephonically and he does not object to this request. If a telephonic appearance by the undersigned is acceptable to Your Honor, then please grant the relief requested herein.

Thank you for your consideration of this request.

Respectfully Submitted,

*/s/ Lisa M. Bowman*

Lisa M. Bowman

LMB:bst

41135377.1

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown
▪ Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh Richmond ▪
St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington