Edwin Aiwazian (Cal. State Bar No. 232943)
    *edwin@lfjpc.com*
Arby Aiwazian (Cal. State Bar No. 269827)
    *arby@lfjpc.com*
Jill J. Parker (Cal. State Bar No. 274230
    *jill@lfjpc.com*
Jeffrey D. Klein (Cal. State Bar No. 297296)
    *jeff@lfjpc.com*

**LAWYERS *for* JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203
Telephone:   (818) 265-1020
Facsimile:   (818) 265-1021

*Attorneys for Plaintiff* Ruby Danielsson

[*additional counsel on following page*]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBY DANIELSSON, individually, and on behalf of other members of the general public similarly situated;<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>BLOOD CENTERS OF THE PACIFIC, a California corporation; BLOOD SYSTEMS; an unknown business entity; and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | Case No.:  3:19-cv-04592-JCS<br><br>Honorable Joseph C. Spero<br><br>**JOINT LETTER ON MEDIATION STATUS**<br><br>Complaint Filed:   March 29, 2019<br>Trial Date:          None Set |

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
Thomas M. McInerney, Bar No. 162055
Lisa M. Bowman, Bar No. 307146
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, California 94105
Tel:   415.442.4810
Fax:   415.442.4870
tmm@ogletree.com
lisa.bowman@ogletree.com

Attorneys for Defendant VITALANT,
f/k/a Blood Systems, Inc.
formerly d/b/a Blood Centers of the Pacific,
erroneously sued herein as Blood Centers of the
 Pacific and Blood Systems

Per the Court's December 19, 2019 order at the Case Management Conference held on that date, Plaintiff Ruby Danielsson ("Plaintiff") and Defendant Vitalant, f/k/a Blood Systems, Inc. formerly d/b/a Blood Centers of the Pacific erroneously sued as Blood Centers of the Pacific and Blood Systems ("Defendant" or "Vitalant") (Collectively "Parties"), by and through their undersigned attorneys, file this joint letter regarding the Parties' choice of mediator and date.

The Parties have agreed to use Mark Rudy for a mediation to take place on July 16, 2020. Mr. Rudy's office indicated that the earliest available date was late June, but those dates did not work for all parties and counsel.

Respectfully Submitted,

Dated:  January 10, 2020        **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

By:/s/ Lisa M. Bowman
Thomas M. McInerney
Lisa M. Bowman
*Attorneys for* Defendant Vitalant, f/k/a Blood Systems, Inc. formerly d/b/a Blood Centers of the Pacific

Dated:  January 10, 2020        **LAWYERS *for* JUSTICE, PC**

By:/s/ Jeffrey D. Klein
Jeffrey D. Klein
*Attorneys for* Plaintiff Ruby Danielsson

**"I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document."**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28