Edwin Aiwazian (Cal. State Bar No. 232943)
   *edwin@lfjpc.com*
Arby Aiwazian (Cal. State Bar No. 269827)
   *arby@lfjpc.com*
Jill J. Parker (Cal. State Bar No. 274230
   *jill@lfjpc.com*
Jeffrey D. Klein (Cal. State Bar No. 297296)
   *jeff@lfjpc.com*

**LAWYERS *for* JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203
Telephone:  (818) 265-1020
Facsimile:   (818) 265-1021

*Attorneys for Plaintiff* Ruby Danielsson

[*additional counsel on following page*]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBY DANIELSSON, individually, and on behalf of other members of the general public similarly situated,<br><br>        Plaintiff,<br><br>    vs.<br><br>BLOOD CENTERS OF THE PACIFIC, a California corporation; BLOOD SYSTEMS; an unknown business entity; and DOES 1 through 100, inclusive,<br><br>        Defendants. | Case No.:  3:19-cv-04592-JCS<br><br>Honorable Joseph C. Spero<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Hearing:     March 20, 2020<br>Time:        2:00 p.m.<br>Location:    G -15th Flr.<br><br>Complaint Filed:   March 29, 2019<br>Trial Date:          None Set |

1  **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
2  Thomas M. McInerney, Bar No. 162055
   Lisa M. Bowman, Bar No. 307146
3  Stuart Tower, Suite 1300
   One Market Plaza
4  San Francisco, California 94105
   Tel:   415.442.4810
5  Fax:   415.442.4870
   tmm@ogletree.com
6  lisa.bowman@ogletree.com

7  Attorneys for Defendant VITALANT,
8  f/k/a Blood Systems, Inc.
   formerly d/b/a Blood Centers of the Pacific,
9  erroneously sued herein as Blood Centers of the
10  Pacific and Blood Systems

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Pursuant to Local Rule 16-9 and the Standing Order for All Judges of the Northern District of California, Plaintiff Ruby Danielsson ("Plaintiff") and Defendant Vitalant, f/k/a Blood Systems, Inc. formerly d/b/a Blood Centers of the Pacific ("Defendant") (Collectively "Parties"), by and through their undersigned attorneys, hereby submit this JOINT CASE MANAGEMENT STATEMENT.

1. **Discovery:**

    Discovery is currently stayed pending the outcome of Mediation.

2. **Settlement and ADR:**

    Mediation is scheduled to take place on July 16, 2020, at the Law Offices of Rudy, Exelrod, Zieff, & Lowe, LLP, 351 California Street, Suite 700, San Francisco, CA.  Mark S. Rudy will preside as Mediator.

3. **Continuation of Case Management Conference:**

    The Parties request that the Case Management Conference be continued until approximately 30 days after the scheduled mediation, July 17, 2020, or a date as soon thereafter as is convenient for the Court.

Respectfully Submitted,

Dated:  March_12_, 2020      **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

By:/s/ Thomas M. McInerney
　　Thomas M. McInerney
　　*Attorneys for* Defendant Vitalant, f/k/a Blood Systems, Inc. formerly d/b/a Blood Centers of the Pacific

Dated:  March _12_, 2020      **LAWYERS *for* JUSTICE, PC**

By:/s/ Jeffrey D. Klein
　　Jeffrey D. Klein
　　*Attorneys for* Plaintiff Ruby Danielsson

**"I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document."**