Edwin Aiwazian (Cal. State Bar No. 232943)
    *edwin@calljustice.com*
Arby Aiwazian (Cal. State Bar No. 269827)
    *arby@calljustice.com*
Joanna Ghosh (Cal. State Bar No. 272479)
    *joanna@calljustice.com*
**LAWYERS *for* JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203
Telephone:    (818) 265-1020
Facsimile:    (818) 265-1021

*Attorneys for Plaintiff* Ruby Danielsson

[*additional counsel on following page*]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RUBY DANIELSSON, individually, and on behalf of other members of the general public similarly situated and on behalf of other aggrieved employees pursuant to the California Private Attorneys General Act,<br><br>   Plaintiff,<br><br>  vs.<br><br>BLOOD CENTERS OF THE PACIFIC, a California corporation; BLOOD SYSTEMS, an unknown business entity; VITALANT, an unknown business entity; and DOES 2 through 100, inclusive,<br><br>   Defendants. | Case No.:  3:19-cv-04592-JCS<br><br>Honorable Joseph C. Spero<br><br>**JOINT CASE STATUS UPDATE AND STIPULATION TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON**<br><br><br>Complaint Filed: March 29, 2019<br>FAC Filed:  June 4, 2021<br>Trial Date:  None Set |

1   **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

2   Thomas M. McInerney (Cal. State Bar No. 162055)
    One Embarcadero Center, Suite 900

3   San Francisco, California 94111
    Tel:  415.442.4810

4   Fax: 415.442.4870
    tmm@ogletree.com

5

6   Attorneys for Defendant VITALANT,
    f/ka Blood Systems, Inc.

7   formerly d/b/a Blood Centers of the Pacific,
    erronerly sued herein as Blood Centers of the

8   Pacific and Blood Systems

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**LAWYERS** *for* **JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203

Plaintiff Ruby Danielsson ("Plaintiff") and Defendant Vitalant, f/k/a Blood Systems, Inc. formerly d/b/a Blood Centers of the Pacific ("Defendant") (collectively, the "Parties"), by and through their undersigned counsel, file this status update in advance of the Further Case Management Conference that is currently scheduled for November 19, 2021 at 2:00 p.m. in the above-entitled Court and hereby stipulate as follows:

**WHEREAS**, the Parties have reached a class-wide settlement, which if approved by this Court, will resolve the above-captioned action in its entirety;

**WHEREAS**, Plaintiff has prepared a motion for preliminary approval of class action settlement ("Motion for Preliminary Approval") and has provided the Motion for Preliminary Approval to Defendant;

**WHEREAS**, the Parties are conferring to determine a mutually acceptable hearing date for the Motion for Preliminary Approval and Plaintiff anticipates filing the Motion for Preliminary Approval within approximately seven (7) calendar days;

**THEREFORE, IT IS HEREBY STIPULATED**, between the Parties, by and through their respective counsel of record, subject to an order of the Court, that the Further Case Management Conference be continued by at least thirty (30) calendar days, to a date and time that is convenient for the Court, to allow Plaintiff to file the Motion for Preliminary Approval.

**IT IS SO STIPULATED.**

Dated:  November 15, 2021

**LAWYERS *for* JUSTICE, PC**

By: /s/ Edwin Aiwazian
    Edwin Aiwazian
    *Attorneys for* Plaintiff

Dated:  November 15, 2021

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

By: /s/ Thomas M. McInerney
    Thomas M. McInerney
    *Attorneys for* Defendant

**"I hereby attest that I have on file all holographic signatures corresponding to any signature (/S/) within this e-filed document."**

LAWYERS *for* JUSTICE, PC
410 West Arden Avenue, Suite 203
Glendale, California 91203

## [~~PROPOSED~~] ORDER

The Court, having reviewed the Parties' Joint Case Status Update and Stipulation to Continue Further Case Management Conference, orders as follows:

The Further Case Management Conference scheduled for November 19, 2021, at 2:00 p.m. is continued to _____ via video conference.

**IT IS SO ORDERED.**

DENIED

Judge Joseph C. Spero

Dated: ___November 16, 2021___                    _____

UNITED STATES MAGISTRATE JUDGE

JOINT CASE STATUS UPDATE AND STIPULATION TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON

LAWYERS *for* JUSTICE, PC
410 West Arden Avenue, Suite 203
Glendale, California 91203