UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBY DANIELSSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BLOOD CENTERS OF THE PACIFIC, et al.,<br><br>　　　　Defendants. | Case No. 19-cv-04592-JCS<br><br>**ORDER GRANTING IN PART MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>Re: Dkt. No. 74 |

　　　　Based on the history of the case and the results achieved, the Court finds that the request for $805,0000 in attorneys' fees to be paid from the common settlement fund is excessive and unreasonable. Class counsel's motion for attorneys' fees (dkt. 74) is GRANTED IN PART in the reduced amount of $575,000, representing twenty-five percent of the gross settlement.

　　　　Counsel's request for reimbursement of $21,696.82 in costs is GRANTED in its entirety.

　　　　The settlement administrator shall therefore pay a total of $596,696.82 to class counsel (Lawyers for Justice, PC) from the settlement fund in accordance with the procedures set forth in the settlement agreement.

　　　　Individualized notice of this order need not be provided to class members. A copy of this order shall be posted on the settlement administrator's website, which is accessible to class members, for a period of at least sixty calendar days.[1]

　　　　**IT IS SO ORDERED.**

Dated: August 19, 2022

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　　　　　Chief Magistrate Judge

---

[1] The parties have consented to the jurisdiction of a magistrate judge for all purposes under 28 U.S.C. § 636(c).